**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Carno Ian PAYNE, Defendant–Appellee.**

No. 93–2056.

United States Court of Appeals,
Tenth Circuit.

April 13, 1994.

Larry Gomez, U.S. Atty., and Presiliano A. Torrez, Asst. U.S. Atty., Albuquerque, NM; and Kathleen A. Felton, Dept. of Justice, Washington, DC, on the briefs for plaintiff-appellant.

Alan F. Zvolanek, Albuquerque, NM, on the briefs for defendant-appellee.

Before MOORE, Circuit Judge, McWILLIAMS, Senior Circuit Judge, and KELLY, Circuit Judge.

JOHN P. MOORE, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed.R.App.P. 34(a); 10th Cir.R. 34.1.9. The cause is therefore ordered submitted without oral argument.

We conclude this appeal is governed by *United States v. Little,* 18 F.3d 1499, 1504–05 (10th Cir.1994) (en banc). The judgment of the district court[1] is **REVERSED** and **REMANDED** for further proceedings.

---

1. *See United States v. Miller,* 811 F.Supp. 1485 (D.N.M.1993).